IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00798-PAB-MJW

JOSEPH BOBKO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE KROGER CO., d/b/a King Soopers; and
DOES 1-10, inclusive,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant The Kroger Company's Agreed Motion for Entry of Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Stipulated Order to Protect Private and Other Confidential Information (docket no. 24-1) is APPROVED and made an Order of Court.

Date: June 29, 2015